861 A.2d 262

**Carl M. SMITH, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE, DEPARTMENT OF CORRECTIONS, Appellees.**

Supreme Court of Pennsylvania.

Nov. 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, the above captioned appeal is quashed as interlocutory pursuant to Rule 341, Pa.R.A.P.